IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Fulton, Stephen Wayne | Case Number: 05 B 09562 |
|---|---|---|
| | Fulton, Felicia N | Judge: Squires, John H |
| | Printed: 01/29/09 | Filed: 3/16/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 31, 2008
Confirmed: April 27, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 148,747.50 | |
| Secured: | | 105,448.20 |
| Unsecured: | | 31,918.09 |
| Priority: | | 833.55 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 7,818.54 |
| Other Funds: | | 29.12 |
| Totals: | 148,747.50 | 148,747.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | GMAC Mortgage Corporation | Secured | 61,149.09 | 61,149.09 |
| 4. | Americredit Financial Ser Inc | Secured | 13,839.98 | 13,839.98 |
| 5. | GMAC Mortgage Corporation | Secured | 30,459.13 | 30,459.13 |
| 6. | Internal Revenue Service | Priority | 833.55 | 833.55 |
| 7. | Americredit Financial Ser Inc | Unsecured | 2,151.37 | 2,151.37 |
| 8. | Internal Revenue Service | Unsecured | 69.26 | 69.26 |
| 9. | Ryerson Employees Credit Union | Unsecured | 16,436.73 | 16,436.73 |
| 10. | United Student Aid Funds Inc | Unsecured | 13,260.73 | 13,260.73 |
| 11. | Silverleaf Resorts Inc | Secured | | No Claim Filed |
| 12. | Capital One | Unsecured | | No Claim Filed |
| 13. | American Express | Unsecured | | No Claim Filed |
| | | | $ 140,899.84 | $ 140,899.84 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 370.25 |
| 3% | 325.76 |
| 5.5% | 1,621.06 |
| 5% | 542.94 |
| 4.8% | 967.98 |
| 5.4% | 2,177.77 |
| 6.5% | 1,420.24 |
| 6.6% | 392.54 |
| | $ 7,818.54 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Fulton, Stephen Wayne<br>Fulton, Felicia N<br>Printed: 01/29/09 | Case Number:  05 B 09562<br>Judge:  Squires, John H<br>Filed:  3/16/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                        Marilyn O. Marshall, Trustee, by:

